# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3725

_____

Paul C. Stepnes,

        Appellant,

    v.

Robert J. Tennessen; Christine Tennessen; City of Minneapolis, Minnesota; Minneapolis Police Department (a department of the city); Mark Wisocki, Officer, in his individual and official capacities; Paul Hatle, Officer, in his individual and official capacities; Adam Chard, in his individual and official capacities; John Does, 1-4; Robert Illetschko, Officer, in his individual and official capacities,

        Appellees.

\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*

Appeal from the United States
District Court for the
District of Minnesota.

[UNPUBLISHED]

_____

Submitted: September 27, 2007
Filed: March 6, 2008

_____

Before LOKEN, Chief Judge, WOLLMAN, and RILEY, Circuit Judges.

_____

PER CURIAM.

Paul Stepnes appeals from the district court's[1] summary judgment order dismissing his civil rights and malicious prosecution claims against his neighbors Robert and Christine Tennessen, the City of Minneapolis and four Minneapolis police officers.

The facts of this case are lengthy and convoluted, stemming as they do from a backyard dispute between neighbors that escalated into threats, protection orders, arrests, physical confrontations, dog-kicking, and the like. The district court's memorandum opinion treats the facts and the legal claims arising therefrom accurately and comprehensively. Finding no error in the district court's ruling, and concluding that a further discussion would be of no precedential value, we affirm on the basis of the reasons set forth in the district court's opinion. See 8th Cir. R. 47B.

_____

---

[1]The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota.